**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STEVEN JORDAN, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-1271-JRG-RSP |
| | § | |
| RONALD G. DICKSON, ET AL. | § | |

## ORDER

Considering the settlement announced at the Pretrial Conference on November 28, 2016, counsel are directed to file a Joint Motion to Dismiss by no later than January 20, 2017.  If no such motion is filed, counsel are directed to appear for a Status Conference on January 24, 2017 at 9:00 a.m.

**SIGNED this 7th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE