UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STEVEN H. JORDAN, AS EXECUTOR OF THE ESTATE OF JOE M. BRADFORD, AMANDA JORDAN and ANITA BRADFORD, § § § § § | | |
| *Plaintiffs* § | | |
| § | | |
| Vs. § | Civil Action No. 2:15-cv-01271 | |
| § | | |
| RONALD G. DICKSON and DICKSON TRUCKING § § § § | | |
| *Defendants.* § | | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs Steve H. Jordan, as Executor of the Estate of Joe M. Bradford, Deceased, Amanda Jordan and Anita Bradford and defendants Ronald G. Dickson and Dickson's Trucking (collectively "Parties") file this Joint Motion for Dismissal with Prejudice and as grounds therefore would respectfully show unto the Court the following:

Plaintiffs Steve H. Jordan, as Executor of the Estate of Joe M. Bradford, Deceased, Amanda Jordan and Anita Bradford and defendants Ronald G. Dickson and Dickson's Trucking have agreed to settle any and all claims, thus this matter is settled. Accordingly, plaintiffs and defendants now respectfully request that the claims brought against defendants Ronald G. Dickson and Dickson's Trucking by plaintiffs be dismissed with prejudice to the refiling of the same.

Therefore, considering the above, plaintiffs Steve H. Jordan, as Executor of the Estate of Joe M. Bradford, Deceased, Amanda Jordan and Anita Bradford and defendants Ronald G.

Dickson and Dickson's Trucking pray that this Honorable Court enter an Order dismissing plaintiffs' claims with prejudice to refiling of same and to grant defendant such other and further relief to which defendant may be justly entitled.

Dated: January 19, 2017

    Respectfully submitted,

    **KEVIN BUCHANAN & ASSOCIATES, P.L.L.C**.

    By: /s/ *G. Kevin Buchanan (with permission)*
        G. Kevin Buchanan (*Attorney-in-Charge*)
        State Bar No. 00787161
        Email: courtfilings@kevinbuchananlaw.com
        111 W Spring Valley Road, Suite 250
        Richardson, Texas 75081
        Telephone: (214) 378-9500
        Facsimile: (214) 365-7220
        and
        James D. Blume (*Local Counsel*)
        State Bar No. 02514600
        Email: jblume@bfslawgroup.com
        BLUME, FAULKNER & SKEEN, P.L.L.C.
        111 W Spring Valley Road, Suite 250
        Richardson, Texas 75081
        Telephone: (214) 373-7788
        Facsimile: (214) 373-7783

    **ATTORNEYS FOR PLAINTIFFS**

    AND

    **DAW & RAY, L.L.P.**

    By: */s/ James L. Ray*
        James L. Ray
        State Bar No. 16604250
        Federal I.D. No. 4413
        Attorney-In-Charge
        Capital One Plaza
        5718 Westheimer, Suite 1750
        Houston, Texas  77057
        (713) 266-3121 Telephone
        (713) 266-3188 Facsimile

                                        **ATTORNEYS FOR DEFENDANTS RONALD DICKSON AND DICKSON TRUCKING**

**Of Counsel:**
Kyle D. Giacco
State Bar No.: 07839150
Federal I.D. No.: 15058
Allison R. Miller
State Bar No.: 24074713
Federal I.D. No.: 2450998
Capital One Plaza
5718 Westheimer, Suite 1750
Houston, Texas  77057
(713) 266-3121 Telephone
(713) 266-3188 Facsimile

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Facsimile, Electronic, and/or Certified Mail, Return Receipt Requested, on this the 19th day of January, 2017.

G. Kevin Buchanan                                                                   *Via Email*
KEVIN BUCHANAN & ASSOCIATES, P.L.L.C.
900 Jackson Street, Suite 350
Dallas, Texas 75202
and
James Blume                                                                                                *Via Email*
BLUME, FAULKNER & SKEEN, P.L.L.C.
111 W. Spring Valley Rd, Suite 250
Richardson, Texas 75081

                                                         */s/ James L. Ray*
                                                        James L. Ray