UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STEVEN H. JORDAN, AS EXECUTOR OF THE ESTATE OF JOE M. BRADFORD, AMANDA JORDAN and ANITA BRADFORD, | § § § § § | |
| *Plaintiffs* | § § | |
| Vs. | § § | Civil Action No. 2:15-cv-01271 |
| RONALD G. DICKSON and DICKSON TRUCKING | § § § § | |
| *Defendants.* | § § | |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on this day, came on for consideration plaintiffs Steve H. Jordan, as Executor of the Estate of Joe M. Bradford, Deceased, Amanda Jordan and Anita Bradford and defendants Ronald G. Dickson and Dickson's Trucking's Joint Motion for Dismissal With Prejudice. The Court, having read the pleadings and considered the Motion and response, if any, is of the opinion that such Motion is in all things good and should be granted; it is therefore,

**ORDERED, ADJUDGED, and DECREED** that any and all claims of plaintiffs Steve H. Jordan, as Executor of the Estate of Joe M. Bradford, Deceased, Amanda Jordan and Anita Bradford against defendants Ronald G. Dickson and Dickson's Trucking are dismissed with prejudice to refiling.

All other relief not expressly granted is denied.

**SIGNED this 20th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE